UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MYRLANDE VOLMAR,

                Plaintiff,

            -against-                         **ORDER**
                                                    CV 07-1418 (JS)(ARL)

COLD SPRING HILLS CENTER FOR NURSING
AND REHABILITATION,

                Defendant.

-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is the defendant's letter application dated June 29, 2007, seeking to compel the *pro se* plaintiff, Myrlande Volmar, to execute five medical authorizations in advance of the initial conference scheduled for July 18, 2007 at 2:00 p.m. That request is denied. Pursuant to Fed. R. Civ. P. 26(d), "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f). The defendant has previously advised the court that the parties have not met to develop the proposed discovery plan, although the defendant has suggested they do so. Accordingly, the defendant's service of the medical authorizations in May was untimely.

Dated: Central Islip, New York                **SO ORDERED:**
         July 2, 2007

                                                           _____/s/_____
                                                           ARLENE R. LINDSAY
                                                           United States Magistrate Judge