UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MYRLANDE VOLMAR,

                Plaintiff,

                **ORDER**
    -against-                CV 07-1418 (JS)(ARL)

COLD SPRING HILLS CENTER FOR NURSING
AND REHABILITATION,

                Defendant.

-------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the court is a document submitted by the plaintiff entitled "Plaintiff's of Motion Practice or Amendment of Pleadings." The 43 page document, which is comprised of an Affidavit and several exhibits, appears to be a response to what the plaintiff believed was a motion seeking to dismiss the complaint. A review of the docket sheet indicates that no such motion is pending. To the extent the document was intended as a response to the defendant's letter application dated November 9, 2007, the document is untimely. An order was issued in connection with that motion yesterday and the decision of the court stands.

Dated:  Central Islip, New York           **SO ORDERED:**
         November 28, 2007

                                                     _____/s/_____
                                                     ARLENE R. LINDSAY
                                                     United States Magistrate Judge