UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYRLANDE VOLMAR,

                              Plaintiff,                 **ORDER**

           -against-                       CV 07-1418 (JS)(ARL)

COLD SPRING HILLS CENTER FOR NURSING
AND REHABILITATION,

                             Defendant.

------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

       Before the court is the *pro se* plaintiff's June 25, 2008 application seeking to recall Audrey Marchand for a deposition and requesting that the court subpoena William Kee for a deposition. Ms. Marchand and Mr. Kee are not parties to this litigation.

       With respect to the request to recall Ms. Marchand, that request is denied at this time. During the June 18, 2008 deposition, the court agreed to reschedule the deposition of Ms. Heinicke, but warned the plaintiff that she was to complete the two other scheduled depositions including Ms. Marchand's. The plaintiff contends that the deposition could not be completed because counsel for the defendant took a one hour break after the ruling was made by the court. In order for the court to consider this allegation, the plaintiff must provide the court with a copy of the deposition transcripts from June 18, 2008.

       With respect to William Kee, the plaintiff may submit a subpoena to be reviewed and so ordered by the court. The court does not prepare subpoenas for parties.

       Finally, the plaintiff's request for an extension of the discovery deadlines based on the instant application is denied.

       The court notes that the plaintiff has included portions of a prior application in this motion. Accordingly, to the extent the instant motion addresses the interrogatories, discovery requests, or sanctions, that language has been disregarded by the court.

Dated: Central Islip, New York         **SO ORDERED:**
       June 25, 2008

                                       _____/s/_____
                                       ARLENE R. LINDSAY
                                       United States Magistrate Judge